UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BRIANNA KNIGHTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHEAST KINGDOM HUMAN SERVICES, *et al.* | ) ) | Case No. 5:22-cv-114 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF VERMONT; NORTHEAST KINGDOM HUMAN SERVICES, | ) ) | |
| | ) | Case No. 5:22-cv-116 |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On June 2, 2022, Plaintiff Brianna Knights, representing herself, filed applications to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915, including two seeking to file actions against Northeast Kingdom Human Services, among other defendants, without paying the filing fee. On July 5, 2022, the court granted her applications to proceed IFP, however, her Complaints were dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) because she failed to plausibly allege a claim for relief. Plaintiff was provided an opportunity to amend her pleadings on or before August 4, 2022, and warned that her failure to do so would result in closure of the cases. To date, no further filings have been received. Consequently, these cases are DISMISSED; the Clerk of Court is directed to close the case files.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 11th day of August 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court